**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **Judge : Bill Wilson** |
| counsel: Edward Walker | Reporter: C. Newburg |
| counsel: | Clerk: M. Johnson |
| | Interpreter: |
| vs | USPO: M. Johnson |
| **DAMIAN SCOTT RAYDER** | |
| counsel: Jerome Kearney | |
| counsel: | Date: November 19, 2007 |
| | CASE NO: 4:05CR00105-01-WRW |

**COURT PROCEEDING: Supervised Release Revocation Hearing**

**Begin: 1:34 p.m.**                                                                                          **End: 1:50 p.m.**

**Court calls case and reviews to present; deft admits alleged violations; Court finds violation occurred; deft counsel and deft make statements to Court; motion to revoke DENIED; conditions of release modified; order to be entered.**

**Court in recess.**

CourthearingMinutes.Revo.wpd