IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs                               4:05CR00105-01-WRW

DAMIAN SCOTT RAYDER

AMENDED AND SUBSTITUTED
JUDGMENT AND COMMITMENT

The above entitled cause came on for a hearing on the petitions to revoke the supervised release granted this defendant. Upon the basis of the evidence presented, the Court found that the defendant did violate conditions of his supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the supervised release granted this defendant be, and it is hereby, REVOKED.

The defendant is sentenced to a period of 15 months in the custody of the Bureau of Prisons. The term of incarceration is to be consecutive to the undischarged term of imprisonment Mr. Rayder is currently serving. The defendant is to participate in mental health counseling during incarceration. There is no supervised release to follow incarceration. Restitution is mandatory and is payable during incarceration. During incarceration, the defendant will pay 50 percent of all funds that are available to him. The interest is waived. A special penalty assessment of $340 remains outstanding and is due immediately. The defendant is remanded into the custody of the U.S. Marshal.

IT IS SO ORDERED this 25th day of September, 2009.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

supvrl.2.Rayder.wpd